UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., | CV 11-2110 PA (JCGx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ILLINOIS UNION INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's June 30, 2011, Minute Order granting judgment on the pleadings to defendant Illinois Union Insurance Company ("Defendant") on plaintiff Ticketmaster L.L.C.'s ("Plaintiff") claims,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff on its claims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: June 30, 2011                    _____
                                                            Percy Anderson
                                        UNITED STATES DISTRICT JUDGE